# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IVAN PADIN, et al.,

    Plaintiff(s)                      Civil Case No. 15-2090 (ADC)

    vs.

SEARS ROEBUCK DE PUERTO RICO, INC. et al.,

    Defendant(s)

---

### JUDGMENT

The Court, through the Honorable  Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order on September 30, 2017.

Therefore, pursuant to the Court's Opinion and Order,  Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 30th day of September, 2017.

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk